# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **TIMOTHY LYN VIERS**, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **CIV-13-222-JHP-KEW** |
| | ) | |
| **ANITA TRAMMELL**, Warden, | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Now before the court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that Petitioner was convicted in **ROGER MILLS** County, Oklahoma, which is located within the territorial jurisdiction of the **WESTERN** District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the **WESTERN** District of Oklahoma for all further proceedings.

**IT IS SO ORDERED** this 7th day of June, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma